# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

GLOVER, DONALD

**DEFENDANTS**

THE CHILDREN'S HOSPITAL OF PHILADELPHIA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
          THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

DAVID S. DESSEN, DESSEN, MOSES & ROSSOTTO,
600 Easton Rd., Willow Grove, PA 19090, 215-496-2902

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
       Plaintiff
- [x] 3  Federal Question
       *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
       Defendant
- [ ] 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine / [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 2000e
Brief description of cause:
Failure to offer accpmodation based upon sincerely held religious belief

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*     JUDGE _____     DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 2/6/23 | |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD GLOVER
728 Frawley Road, Apt. 213
East Ridge, TN  37412,
                Plaintiff

vs.

THE CHILDREN'S HOSPITAL         No.
OF PHILADELPHIA
3401 Civic Center Boulevard
Philadelphia, PA 19104,
                Defendant

## COMPLAINT

## PARTIES

1.      DONALD GLOVER (hereinafter referred to as "Glover") is an adult

individual residing at 728 Frawley Road, Apt. 213, East Ridge, TN  37412.

2.      THE CHILDREN'S HOSPITAL OF PHILADELPHIA

(hereinafter referred to as "CHOP") is a nonprofit corporation organized and

existing under the laws of the Commonwealth of Pennsylvania with a principal

address of 3401 Civic Center Boulevard, Philadelphia, PA  19104.

3.      CHOP has more than 500 employees.

## JURISDICTION AND VENUE

4.      This action arises under the laws of the United States, specifically 42

U.S.C. §§ 2000e, *et seq*.

5.      This Court has subject matter jurisdiction over Glover's claim for

violation of 42 U.S.C §§ 2000e, *et seq*. pursuant to 28 U.S.C. § 1331 and § 1343 as a

claim arising under the laws of the United States.  This Court has subject matter

jurisdiction over Glover's state law claims for a violation of the Pennsylvania Human Relations Act pursuant to 28 U.S.C. § 1367.

6.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events giving rise to this claim occurred in the Eastern District of Pennsylvania.

7.    A trial by jury is demanded.

## FACTS

8.    Glover is 60 years old, having been born on April 13, 1962.

9.    Glover was hired by CHOP on December 17, 2017 as a supervisor in the Biomedical Engineering Department.

10.    While employed by CHOP, Glover participated in a 403(b) retirement plan.

11.    Beginning one year after an employee was hired, CHOP contributed to the employee's retirement account 50% of the employee's contribution up to 6% of the employee's salary, which immediately vested in the employee.

12.    After the Pfizer BioNTech and Moderna vaccines were granted Emergency Use Authorization by the FDA, Glover chose not to be vaccinated with a Covid-19 vaccine because of his sincerely held religious belief that it was wrong to inject the vaccine into his body.

13.    Glover did not obtain the Covid-19 vaccine because he believes that the New Testament in verse 2 of chapter 6 of the Book of Revelations warned that the Covid-19 vaccine was toxic and should not enter the human body.

14.     Glover further believes that all human beings are made in the image of God, and this idea affirms the unique value of all human life.

15.     Based upon his understanding of the meaning of the Sixth Commandment in Exodus 20:13 that "You shall not murder," Glover sincerely believes that abortion is gravely and morally wrong at every stage.

16.     Furthermore, Glover believes that the New Testament teaches that: "Don't you know that you yourselves are God's temple and that God's Spirit dwells in your mist?" (1 Corinthians 3:16) and "If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple" (1 Corinthians 3:17).

17.     Based on these teachings from the Bible, Glover sincerely believes that because fetal cells from aborted embryos were used in early stages of vaccine testing, it is immoral to put the Covid-19 vaccine in his body.

18.     On August 3, 2021, via a document titled "A Message From the CEO" (hereinafter referred to as the "CEO Message"), CHOP announced that all employees had to be fully vaccinated against Covid-19 by October 20, 2021.  A copy of the CEO Message is attached hereto as Exhibit "A."

19.     CHOP recognized that like Glover, some of its other employees would also have sincerely held religious objections to being vaccinated.

20.     Although the text of the CEO Message does not address religious exemptions to the Covid-19 vaccination mandate, the timeline at the bottom of the CEO Message advises that all requests for religious or medical exemptions were to be filed by September 15, 2021.

21.     CHOP created a Religious Accommodation Request form, a copy of which is attached hereto as Exhibit "B," for employees to use in requesting an exemption from the Covid-19 vaccination mandate.

22.     On August 23, 2021, CHOP created a Standard Operating Procedure (hereinafter referred to as "SOP") for the processing of requests for religious exemptions to the Covid-19 vaccination mandate,  A copy of the SOP is attached hereto as Exhibit "C."

23.     On September 9, 2021, Glover submitted to CHOP the completed Religious Accommodation Request form attached hereto as Exhibit "D."

24.     By letter dated September 22, 2021, CHOP denied Glover's request for a religious exemption from the Covid-19 vaccination mandate.

25.     In its September 22, 2021 letter, a copy of which is attached hereto as Exhibit "E," CHOP stated that Glover's request was denied because the "information that was provided does not sufficiently demonstrate that the sincerely held religious belief prohibits vaccination.

26.     During the thirteen (13) days between September 9, 2021 and September 22, 2021, CHOP made no effort to obtain additional information from or speak with Glover about his beliefs or his request.

27.     Although the September 22, 2021 letter specified the date by which an appeal must be filed, it did not specify what additional information Glover needed to provide to sufficiently demonstrate that his sincerely held religious belief prohibits vaccination.

28.     Glover submitted a timely appeal to CHOP of the September 22, 2022

4

decision to deny his request for a religious exemption to the Covid-19 vaccination mandate. A copy of Glover's appeal is attached hereto as Exhibit "F."

29. In his appeal, Glover supplemented and added to the reasons set forth in his original request by explaining that he sincerely believes that abortion is gravely and morally wrong and based upon the teaching in the New Testament, Glover sincerely believes that because fetal cells from aborted embryos were used in early stages of vaccine testing, it is immoral to put the Covid-19 vaccine in his body.

30. In addition to setting forth the basis of his sincerely held religious belief, Glover noted that he believed CHOP was discriminating against him on the basis of his religion and such discrimination placed in jeopardy the rights guaranteed to all Americans by the *Fourteenth Amendment* to the United States Constitution.

31. Finally, Glover noted in his appeal that there are medications other than the Covid-19 vaccine available to treat Covid-19 and expresses his opinion that there may be some sinister conspiracy to keep this information private.

32. As before, during the approximately two (2) weeks between the time Glover submitted his appeal and October 11, 2021, CHOP made no effort to obtain additional information or speak with Glover about his beliefs.

33. By letter dated October 11, 2021, a copy of which is attached hereto as Exhibit "G," CHOP denied Glover's Appeal.

34. The decision denying Glover's appeal does not address the basis for Glover's sincerely held religious belief set forth in his original request for a religious exemption or the additional basis set forth in his appeal.

35. Rather, the decision focuses on Glover's general comments about

constitutional rights and the suppression of information about other treatments for Covid-19.

36.     CHOP terminated Glover's employment for violating the Covid-19 vaccination mandate on November 8, 2021.

37.     At the time his employment was terminated, Glover was earning approximately $107,000 per year.

38.     Glover filed a charge of religious discrimination with the Nashville Area office of the Equal Employment Opportunity Commission om August 4, 2022.

39.     The EEOC issued a Determination and Notice of Rights letter on November 30, 2022.

### COUNT I – 42 U.S.C. § 2002e26(a)
### Donald Glover v. The Children's Hospital of Philadelphia

40.     Glover hereby incorporates paragraphs 1 through 39 as though fully set forth at length.

41.     The August 3, 2021 CEO message could not be more clear that the decision makers at CHOP had concluded that in order to keep CHOP's young patients safe, every employee had to be fully vaccinated with one of the approved Covid-19 vaccines.

42.     It is believed and therefore averred that after October 20, 2021, CHOP did not intend to employ any person who was not fully vaccinated.

43.     To accomplish this goal, CHOP adopted a SOP that appears to provide for the fair adjudication of an employee's request for a religious exemption from the Covid-19 vaccination mandate but whose purpose is to conceal the reality that CHOP was not and never intended to fairly adjudicate any employee's request for a religious exemption.

44.     A sincerely held religious belief includes moral or ethical beliefs as to what is right and wrong which are sincerely held with the strength of traditional religious views.

45.     Religious beliefs are not personal beliefs that are essentially political, sociological, or philosophical.

46.     Allegedly, in order to determine whether an employee had a sincerely held religious belief against Covid-19 vaccination, the Religious Accommodation Request form asked an employee:

> a.   What is your reason for your request and what work modifications do you seek?
>
> b.   Specify your sincerely held religious belief and how it conflicts with work requirements or activities.
>
> c.   Is the request related to a product included in the vaccine? (Please provide any detail that you can share)

47.     In the belief that CHOP intended to fairly adjudicate requests for religious exemptions from the vaccine mandate, on September 9, 2021, Glover submitted the CHOP authorized Religious Accommodation Request form.

48.     The Religious Accommodation Request form intentionally does not specify the criteria to be used in determining whether an employee has demonstrated a sincerely held religious belief that prohibits vaccination.

49.     The Religious Accommodation Request form intentionally does not specify the types of evidence an employee should provide to support his or her claim of a sincerely held religious belief that prohibits vaccination.

50.     In furtherance of its scheme to deny all requests for religious exemptions to its Covid-19 vaccination mandate, CHOP denied Glover's request for an exemption because the "information that was provided allegedly did not sufficiently demonstrate that Glover's sincerely held religious belief prohibited vaccination."

51.     It is believed and therefore averred that the Religious Accommodation Request form did not specify the criteria to be used or the types of evidence to be considered by CHOP in determining whether an employee had demonstrated a sincerely held religious belief that prevents vaccination so that CHOP could provide a general non-specific reason for denying the requested exemption from the Covid-19 vaccine mandate.

52.     Glover, still believing that CHOP intended to fairly adjudicate his request for a religious exemption, but with no knowledge of what evidence CHOP would consider sufficient to establish a religious exemption, supplemented his request by disclosing his sincerely held religious belief that the use of the vaccine condoned the murder of aborted fetuses whose cells were used in the development of the Covid-19 vaccines.

53.     In furtherance of its scheme to deny all requests for religious exemptions to the Covid-19 vaccination mandate, CHOP ignored the additional religious justification offered by Glover for a religious exemption to the Covid-19 vaccination mandate and instead cited Glover's observations about protecting his constitutional rights and publicizing the availability of other medicines to treat Covid-19 as reasons to deny his request for a religious exemption to the Covid-19 vaccination mandate.

54.     Having completed the sham process it created and knowing that Glover had a sincerely held religious belief that prohibited him from complying with the Covid-

19 vaccination mandate, CHOP terminated his employment and thereby violated 42 U.S.C. § 2000e(j).

55.      CHOP's scheme led Glover to believe that it would fairly adjudicate his request for an exemption from the Covid-19 vaccination mandate based upon his sincerely held religious belief that prohibited vaccination, when in fact CHOP had decided to terminate any employee who refused to be vaccinated, is so willful, wanton, oppressive and outrageous as to justify the imposition of punitive damages.

56.      As a direct and proximate result of CHOP's intentional violation of § 2000e(j), Glover was unemployed from November 8, 2021 through December 6, 2021.

57.      On December 7, 2012, Glover obtained employment with the Children's Hospital at Erlanger (hereinafter referred to as "CHE"), located at 910 Blackford Street, Chattanooga, Tennessee as a biomedical technician III earning approximately $66,000 per year.

58.      While employed by CHE, Glover is eligible to participate in a 403(b) retirement plan.

59.      Beginning one year after an employee is hired, CHE will contribute to the employee's retirement account 50% of the employee's contribution up to 4% of the employee's salary.  CHE's contribution to the employee's retirement plan vests after 3 years of employment at CHE.

60.      Glover incurred expenses of approximately $8,000 in moving from Philadelphia to Chattanooga, Tennessee.

61.      As a direct and proximate result of CHOP's violation of § 2000e(j)  , Glover has suffered emotional distress and upset from being terminated from  job he held

for approximately four (4) years and being forced to leave his home in Philadelphia and move to Chattanooga, Tennessee.

**WHEREFORE**, Donald Glover prays for judgment in his favor and against The Children's Hospital of Philadelphia as follows:

    a. Lost wages from November 8, 2021 through December 6, 2021;

    b. The difference between Glover's salary while employed at CHOP and while employed at CHE through Glover's seventieth (70th) birthday on April 13, 2032;

    c. The difference between CHOP's expected contribution and CHE's contribution to Glover's 403(b) retirement plan;

    d. The expenses Glover incurred in moving from Philadelphia, Pennsylvania to Chattanooga, Tennessee;

    e. The emotional distress and upset cause by CHOP's intentional violation of 42 U.S.C. § 2000e(j);

    f. Punitive Damages;

    g. Attorney's fees and costs and

    h. Such other relief that the Court deems just and proper.

### COUNT II – 43 Pa.C.S. § 955
### Donald Glover v. The Children's Hospital of Philadelphia

62.     Glover hereby incorporates paragraphs 1 through 61 as though fully set forth at length.

63.     By ignoring and disregarding the evidence submitted by Glover as set forth above that established Glover's sincerely held religious belief that prohibited

vaccination and justified a religious exemption to the Covid-19 vaccination mandate, CHOP intentionally violated 43 Pa.C.S. § 955.

**WHEREFORE**, Donald Glover prays for judgment in his favor and against The Children's Hospital of Philadelphia as follows:

a. Lost wages from November 8, 2021 through December 6, 2021;

b. The difference between Glover's salary while employed at CHOP and while employed at CHE through Glover's seventieth (70th) birthday on April 13, 2032;

c. The difference between CHOP's expected contribution and CHE's contribution to Glover's 403(b) retirement plan;

d. The expenses Glover incurred in moving from Philadelphia, Pennsylvania to Chattanooga, Tennessee;

e. The emotional distress and upset cause by CHOP's intentional violation of 42 U.S.C. § 2000e(j);

f. Attorney's fees and costs and

g. Such other relief that the Court deems just and proper.

**DESSEN, MOSES & ROSSITTO**

By _____

DAVID S. DESSEN, ESQUIRE
PA ID. 17627
Attorney for Plaintiff

600 Easton Road
Willow Grove, PA  19090
(215) 658-1400
ddessen@dms-lawyer.com

12

# EXHIBIT "A"

## A MESSAGE FROM THE CEO
Madeline Bell

**August 3, 2021**

### We Must Act Now: Important Update on COVID-19 Vaccine Mandate

As I wrote in yesterday's CEO message, safety is a top priority at CHOP. It's extremely important that we work together to keep our patients, families and each other safe. This is especially critical now, as we face a new challenge in the COVID-19 pandemic.

The rapid spread of the Delta variant, which new research has shown is much more transmissible and contagious than previous strains of COVID-19, requires that we take urgent action to protect you and our community.

**Accelerated Timeline for COVID-19 Vaccine Mandate**

We have been regularly communicating updates to you and listening to your concerns throughout the pandemic. We held various listening sessions to address concerns around the speed at which the vaccines were developed, the impact on fertility, getting COVID after vaccination and more. We also previously indicated that our preferred timing to mandate the COVID-19 vaccine was following full FDA approval. However, given uncertainty regarding this date, the current environment dictates that we move forward **immediately**. This mandate applies to all our workforce members who work onsite at a CHOP location, regardless of role or amount of time spent onsite. This also includes our home care professionals who are interacting with patients and families offsite.

This decision, like all the other decisions we have made in response to the pandemic, is based on the most current information and data, including:

- Majority of CHOP patients (>70%) are not yet eligible for vaccine
- Internal data shows that the majority of past exposures at CHOP were employee to employee when community prevalence was high
- Vast majority of COVID infections, and nearly all cases of severe disease and hospitalization in the community, are in unvaccinated persons
- Strong safety and efficacy data of available COVID vaccines
- Uncertainty in the date of full FDA approval for vaccines due to administrative delays
- Concern for development of future, potentially even more contagious variants, if the virus continues to spread

**Deadline for Completing COVID-19 Vaccine Series: October 20, 2021**

If you have not yet been vaccinated, you will be required to be **fully vaccinated** by **October 20.** Fully vaccinated means that you have received one dose of the Johnson and Johnson vaccine or two doses of the Pfizer or Moderna vaccines. If you have already received the first dose of the Pfizer or Moderna vaccines, you must complete the second dose by October 20 to be considered fully vaccinated. Please see the timeline below for more information on deadlines.

Vaccine supply is plentiful so it may be more convenient to get vaccinated in your community at a location near you. The COVID Vaccine Workgroup has been offering clinics since December. They will provide detailed information about how you can register for an upcoming clinic if you'd prefer an appointment at CHOP. We are working hard to make it as easy as possible for you to receive the full vaccine series by the October 20 deadline. This is critical to continue working with CHOP. Click here for more information and resources on the vaccine mandate.

I know that we are all weary of the pandemic, and that this has been a long and very difficult road, especially for our location-critical staff. But I know that our CHOP team understands the critical moment we are in now. Right now, getting vaccinated is the most important thing we can do to protect our patients, families and each other – and we must do it quickly.

Thank you for joining me in our focus on patient and staff safety. With gratitude for all that you do for CHOP.

Madeline

**COVID-19 Mandatory Vaccine Timeline**

| August 3, 2021 | CHOP mandates COVID 19 vaccinations |
|---|---|
| September 8, 2021 | CHOP employee vaccine clinics begin in Colket Building |
| September 15, 2021 | Deadline to request medical or religious exemption |
| September 22, 2021 | Final day for unvaccinated to receive Dose 1 of the Moderna vaccine |
| September 29, 2021 | Final day for unvaccinated to receive Dose 1 of the Pfizer vaccine |
| October 20, 2021 | Deadline to have completed vaccine series (Dose 2 of the Pfizer or Moderna vaccines or Dose 1 of the Johnson & Johnson vaccine) |

### Stay Connected

 Listen to my podcast, *Breaking Through*.

 Connect with me on LinkedIn. *(If you are asked to enter your email address, please use* bellm@email.chop.edu.*)*

 Follow me on Instagram.

Read past CEO Messages.



# EXHIBIT "B"

## Request for Religious Accommodation

At Children's Hospital of Philadelphia, our first priority is the health and safety of our patients.

The organization also recognizes that employees may have sincerely held religious beliefs that conflict with requirements or work activities. Once the employee has completed and submitted the request form, the following process will occur:

1. Determination of whether the employee has a sincerely held religious belief that conflicts with the work requirement or activity. (example vaccine)

2. If the answer to the above is yes, identification of potential accommodations that may allow Children's Hospital of Philadelphia to accommodate the employee's request.

3. CHOP will inform the employee what, if any, accommodations it will provide.

When seeking religious accommodations, employees should keep in mind:

- Accommodations can only be implemented from the time of the request forward and are not retroactive.

- Accommodations that pose an undue hardship on CHOP will not be granted.

- Submitting a request for accommodation does not automatically mean it will be approved.

- Accommodations will be revisited consistent with business needs (including patient care needs) to determine whether they continue to be reasonable and that they do not pose an undue hardship on CHOP.

- Employees may request a representative (delegate if 1199c/ HR Business Partner) to be present for any related meetings or appeals in the process.





Name: _____          Department: _____

Position: _____

Employee ID: _____          Email: _____

**REQUEST for RELIGIOUS EXEMPTION – must be submitted by 09/15/21**

Please accept this request for consideration of a religious exemption from mandatory vaccine requirements. I am requesting exemption consideration for (check all that apply):

☐  COVID-19 vaccine

☐  Influenza vaccine

☐  MMR (measles, mumps, rubella) vaccine

☐  TDAP (tetanus, diphtheria, pertussis) vaccine

☐  Varicella (chicken pox) vaccine

Did you apply previously for a religious exemption to any of these vaccines? If so, which one(s)?

☐  Yes                                        ☐ No

I understand that in order for my request to be considered, I am accountable for the following:

• Complete all applicable surveys in <u>MyOccHealth account</u>.

• Complete the Religious Accommodation Form below **and save the document.**

• Create a ticket in the HR Service Center and attached the completed Religious Accommodation form and any supporting documentation by **no later than September 15th, 2021**

• Requests will be reviewed routinely and requesters may be informed ahead of the due date depending on submission date all will be notified no later than September 22,2021.

Requests for religious exemption consideration received without completed surveys and/or supporting documentation cannot be considered. A CHOP interdisciplinary panel will review all religious exemption requests. Requestors will be notified of any additional fact-gathering activities.

All requests and required forms must be uploaded in the HR Service Center along with any supporting documentation, no later than September 15, 2021. Should a submission miss the September 15, 2021 deadline it will result in a delayed decision. If a request is denied and you did not comply with applicable vaccination mandate deadlines, you will be subject to disciplinary action in accordance with the HR Policy 5-2, Rules of Conduct.

**Religious/ Reasonable Accommodation Request Information**:

What is your reason for your request and what work modifications do you seek?

Specify your sincerely held religious belief and how it conflicts with work requirements or activities.

Is the request related to a product included in the vaccine? (Please provide any detail that you can share)

What is your suggested accommodation or alternative accommodation options that you are requesting?

If you feel it would be helpful, you may attach any relevant documentation for review.

I confirm that my religious belief is sincerely held and conflicts with the work requirement as explained above. I understand that the accommodation I requested may not be granted should the organization determine that it creates an undue hardship on the organization.

Signature: _____Date: _____

This document can be printed and signed or an electronic signature will be acceptable.

Next Steps:

1.    **Save**

2.    **Create Service Center Request**

3.    Click Add Attachment (bottom right corner) and submit your completed form

4.    Notifications of decisions will be communicated no later than September 22, 2021

**Children's Hospital of Philadelphia**™

3401 Civic Center Blvd. • Philadelphia, PA 19104 • 215-590-1000 • chop.edu



# EXHIBIT "C"



## SOP: Requests for Vaccine Related Religious Accommodations

| SOP Number: | |
| --- | --- |
| SOP Type: | Operational |
| Description: | Processed to be followed for processing Religious Accommodations |
| Date | 8/23/21 |
| Enterprise Keywords: | Processed to be followed for processing Religious Accommodations |
| Department: | Human Resources |

## 1   Purpose

*The purpose of this procedure is to layout the required process for requesting religious accommodations through the determination of approval or denial and appeal*

## 2   Definition

| Term | Definition |
| --- | --- |
| Religious Beliefs | include theistic beliefs (i.e. those that include a belief in God) as well as non-theistic moral or ethical beliefs about right and wrong that are sincerely held with the strength of traditional religious views. In most cases, whether or not a practice or belief is religious is not an issue. However, generally, religion typically concerns "ultimate ideas" about "life, purpose and death," (EEOC, DOL) |
| Religious Accommodation: | any adjustment to the work environment that will allow an employee or applicant to practice his or her religion. If it would not pose an undue hardship, the employer must grant the accommodation. |
| Ultimate Beliefs or Ideas: | An intuitive truth, concerning ultimate ideas: life, purpose and death |

## 3   Procedure

| Required Action Steps | Performed By | Supplemental Guidance |
| --- | --- | --- |
| __1. Submit request for Religious Accommodation to Human Resources by the deadline for such requests as determined annually and communicated on Occupational Health's site. | **Employee** | |
| __2. Confirm receipt of request to employee and inform the employee when they will be | **HR Coordinator** | |

Copyright [Date Completed] by Children's Hospital of Philadelphia. All rights reserved.



## HR SOP: Requests for Vaccine Related Religious Accommodations

| Required Action Steps | Performed By | Supplemental Guidance |
|---|---|---|
| notified by the organization of decision | | |
| __3. Identifies Panel Members | **HR Business Partner** | |
| __4. Schedules Panel to review all religious accommodation requests | **HR Coordinator** | ▪ **Panel will include: Spiritual Care, HR and Infection Control with advisement from legal**<br>▪ **Similar requests do not require panel review if same determination would be applied** |
| __5. Review the requests and determines if criteria is met for accommodations | **Panel** | **Does the request demonstrate that the employee holds a belief that is tied to** "ultimate ideas" about "life, purpose, and death. (regardless if it is tied to a formal practice, religious group)<br><br>Note: Social, political, or economic philosophies, as well as mere personal preferences, are not "religious" beliefs protected by Title VII.<br><br>If the determination is that this does meet the definition of a religious accommodation, a decision of how the accommodation will be mangaged will be decided with the support of legal, hr and infection control. |
| __6. Communicate in writing the decision of the request to the employee | **HR Coordinator or HR BP through Service Now** | |
| __7. Employee may request an appeal within 3 days of the decision, in writing expressing the reason for the appeal and indicated additional information | **Employee** | **Sent to HR** |

Copyright [Date Completed] by The Children's Hospital of Philadelphia.  All rights reserved.



## HR SOP: Requests for Vaccine Related Religious Accommodations

| Required Action Steps | Performed By | Supplemental Guidance |
|---|---|---|
| __8. Review appeals within 3 days and approve or escalate to outside legal for final review | **HR Leader** | |
| __9. Reviews appeals and makes determination | **Outside Legal** | |
| __10. Communicates final decisions and all related accommodation requirements | **HR Business Partner/ Coordinator** | **The decision on religious appeal has been made, please review the attachment in the case file. If you were denied and wish to appeal, please use the comment section and provide additional information to support a different determination. If you are approved, please review the required accommodations to ensure you are aware of your responsibilities. Thank you** |

Copyright [Date Completed] by The Children's Hospital of Philadelphia. All rights reserved.

# EXHIBIT "D"

Requester: Donald Glover

Who is this request for?: Donald Glover

Employee ID: ████████

Position: Biomedical Tech Supervisor

Department: Biomedical Engineering

Email: gloverd@chop.edu

Supervisor: Kimberly Burress

COVID-19 vaccine: true

Influenza vaccine: false

MMR (measles, mumps, rubella) vaccine: false

TDAP (tetanus, diphtheria, pertussis) vaccine: false

Varicella (chicken pox) vaccine: false

Did you apply previously for a religious exemption to any of these vaccines?: No

COVID-19 vaccine: false

Influenza vaccine: false

MMR (measles, mumps, rubella) vaccine: false

TDAP (tetanus, diphtheria, pertussis) vaccine: false

Varicella (chicken pox) vaccine: false

What is your reason for your request and what work modifications do you seek?: religious reasons. No accommodations requested.

Specify your sincerely held religious belief and how it conflicts with work requirements or activities.: It is my sincere religious that the whole world has entered a PROPHETIC TIMELINE based on the book of REVELATIONS 6th chapter and the 2nd verse, of the HOLY Bible, Which states "And I looked and behold, A white horse. He who sat on it had a BOW; and a CROWN was given to him, and he went out conquering and to conquer. The BOW is the vaccine and BOW translates to POISON in the GREEK. And CROWN is another word for CORONA as in CORONA VIRUS. Hence, I believe the vaccine to be TOXIC.

Is the request related to a product included in the vaccine? (Please provide any detail that you can share): No.

What is your suggested accommodation or alternative accommodation options that you are requesting?: none.

Does the religious belief identified above prevent you from receiving other vaccines or just the COVID-19 vaccines?: Only the COVID-19 Vaccines

Please explain why. (For example, if there is something about the way that the currently-approved COVID-19 vaccines are manufactured that prevents you from receiving it, please identify what that is.): Vaccine was make at WARP speed, Vaccine is an experiment and risk benefit ratio is not favorable.

Does the religious belief that prevents you from receiving a vaccination derive from a recognized religion?: Yes

Please provide the name of the religion:: Christianity

Please indicate when you first began to practice this religion:: 20 years ago.

Do you belong to an organization or group affiliated with this religion (e.g., church, mosque, synagogue, othergroup, etc.)?: Yes

Please indiciate you first affiliated with this organization or group:: December 2020

Organization/Group Name:: Church International

Address:: 430 Thomas St., Warrior, AL 35180 (original value: 8500 Lindbergh Blvd; Apt 2215)

Phone Number:: 205 647 0332

Website:: Contact@Churchint.org

I confirm that my religious belief is sincerely held and conflicts with the work requirement as explained above. I understand that the accommodation I requested may not be granted should the organization determine that it creates an undue hardship on the organization. Falsification of exemption requests -- by commission or omission — will be subject to disciplinary action up to and including termination of employment.: true

Signature: Donald Glover

Date: 09-09-2021

# EXHIBIT "E"

**Children's Hospital of Philadelphia**™

Donald Glover                                        September 22, 2021

Dear Donald,

We have evaluated your request for an exemption from the annual vaccine requirements for religious reasons.   After careful review, we have determined that your request is denied.  The reason for the denial is information that was provided does not sufficiently demonstrate that the sincerely held religious belief prohibits vaccination.

Additional supporting information can be found here https://www.chop.edu/centers-programs/vaccine-education-center.

Please plan to be fully vaccinated by October 20, 2021 and provide proof of vaccination to occupational health. https://chop.readysetsecure.com/rs/#/myhealth/welcome


You may appeal this determination by submitting a written notice of appeal in this service center ticket. Please state the basis for your appeal.  In support of your appeal, you may include additional information you have not already shared and upload any supporting documentation that you did not previously provide.  **Appeals will be considered if submitted within 3 calendar days of the date of this letter (by September 25th 11:59pm)**.

We understand that these are stressful times, and we have resources at CHOP to help support you.   The CHOP Supportlinc is available 24 hours a day, 7 days a week for both you and your family members.   Information on Supportlinc and other wellness resources can be found here.  Alternatively, you can also call Supportlinc at 1-800-749-6327.


Thank you for allowing Children's Hospital of Philadelphia to evaluate your request.


Vaccine Panel 2021

# EXHIBIT "F"

Appeal for religious exemption

I hereby assert my right to a religious exemption from vaccination. I am a Christian who believes in the Bible, including the teachings in the New Testament.

I am objecting to the COVID-19 vaccines because I believe in and follow God and the principles laid out in his Words and I have a deeply held belief that vaccines violate them.

I sincerely believe that all human beings are made in the image of God, and this idea affirms the unique value of all human life. The sixth commandment says "You shall not murder" (Exodus 20:13), I believe that abortion is gravely wrong at every stage. Furthermore, I believe a physical body is given to each of us in our quest to fulfill our destiny and purpose here on earth. Specifically the New Testament teaches that: "Don't you know that you yourselves are Gods temple and that God's Spirit dwells in your mist?" (1 Corinthians 3:16) "If anyone destroys Gods temple, God will destroy that person; for Gods temple is sacred, and you together are that temple" (1 Corinthians 3:17).

The Pfizer and Moderna COVID-19 vaccines in early development of mRNA vaccine technology used fetal cells for "proof of concept" (to demonstrate how a cell could take up mRNA and produce the SARS-COV-2 Spike protein) or to Characterize the SARS-Cov-2 spike protein. The non replicating viral vector vaccine produced by Johnson& Johnson required the use of fetal cell cultures, Specifically PER.CG, in order to produce and manufacture the vaccine.

This mechanism for altering my God given body is the equivalent of a prohibited "unclean food" that causes harm to my conscience. Covid-19 vaccines to me are unclean. I believe in and follow God and the principles laid out in his Words and I have a deeply held belief that these vaccines violate them.

I make this request for the glory to God and consistent with my faith.

Appeal..

Just as important if not more, are my Constitutional rights as an American citizen, which affords me equal protection under the law according to the 14th Amendment. As important to me as my religious rights are, there will be no religious freedom if my constitutional rights are violated, which in this situation is the case. I'm being discriminated against because I refuse to take an experimental vaccine.

 The refusal to make public, known and well documented treatments, that are extremely effective against COVID-19 suggest that something else sinister is going on.

Additional facts why this dangerous vaccine is not needed:

Even as early as March 2020, there were medications to prevent and treat Covid-19. The NIH discovered that hydroxychloroquine (HCQ) was effective against SARS (a coronavirus very similar to Covid-19) in 2005.[3] In March 2020, Prof. Didier Raoult, in France, was already using hydroxychloroquine to successfully treat Covid patients.[4],[5],[6]

HCQ was being used successfully by doctors in many countries as a late March 2020, survey of doctors in 30 countries shows.[7] At the same time, America's Front Line Doctors,[8] and others[9],[10] began speaking out about what they were seeing and how they were treating patients. One doctor even found that ventilation, though widely used, was the wrong approach and was killing patients instead of saving them.[11]

There was no reason for patients to die of Covid-19, even in March 2020, since there were successful treatments available. Today, there are more prophylaxis and treatment protocols that doctors are using to successfully preserve or recover their patients' health and keep them out of the hospital.[12]

Encouraging, as well, are the CDC survival rates for Covid-19 patients. Survival rates by age range in the US as of September 30, 2020, were as follows: Ages 0-19: 99.997%, Ages 20-49: 99.98%, Ages 50-69: 99.5%, Ages 70+: 94.6%. The low fatality rates and successful treatment protocols mean that there should be no need for anyone to worry about dying from the coronavirus.

 Never before have we ever thought that healthy children can kill Grandma and we don't need to now.

Sincerely, Donald Glover

# EXHIBIT "G"

October 11, 2021

**Re:  <u>Religious Exemption Appeal Decision – Donald Glover</u>**

Dear Donald Glover:

This letter responds to your appeal of The Children's Hospital of Philadelphia's ("CHOP") decision to deny your request for a religious exemption to CHOP's COVID-19 Vaccine Mandate ("Vaccine Mandate").  After reviewing the file in this matter, including any additional information and/or documents you may have provided with this appeal, and after applying the applicable law to the facts presented, I have determined that CHOP's decision to deny your request is **UPHELD** and your request for a religious exemption to the Vaccine Mandate is **DENIED**.

**X       Denial of vaccine exemption upheld because:**

☐  The evidence provided does not support your assertion that your belief is religious in nature.

☐  The evidence provided does not support your assertion that your religious belief is sincerely held.

X       The evidence provided does not support your assertion that your religious belief precludes you from obtaining the COVID-19 vaccine. You have expressed that your constitutional right not to take a vaccine you view as experimental, is more important than a religious objection. And that the refusal to make public known and well-documented treatments, such as hydroxychloroquine (which has been disapproved as a treatment), "suggests something sinister is going on". The vaccines were initially EUA, but much has been learned over the course of this epidemic, and the Pfizer-BioNTech is now fully authorized by the FDA.

☐  Your request is based upon a misunderstanding of or misinformation regarding the available COVID-19 vaccines.

☐  Other (identify other basis for upholding denial):

You are required to obtain the COVID-19 vaccine in order to continue employment at CHOP.   Please follow CHOP's guidance to ensure your vaccine compliance.

Sincerely,

Hon. Patricia McInerney (Ret.)
Neutral Adjudicator

#277138v1

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 278 Frawley Rd., Apt 213, East Ridge, TN  37412 _____

Address of Defendant: _____ 3401 Civic Center Boulevard, Philadelphia, PA  19104 _____

Place of Accident, Incident or Transaction: _____ 3401 Civic Center Boulevard, Philadelphia, PA  19104 _____

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 02/06/2023   _____ *Must Sign here* _____   17627

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.  Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
      *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
      *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, David S. Dessen, Esq. , counsel of record *or pro se plaintiff*, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 02/06/2023   _____ *Sign here if applicable* _____   17627

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)