IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD GLOVER,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 23-cv-00463-JHS |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Charlene A. Barker Gedeus on behalf of Defendant, The Children's Hospital of Philadelphia, in the above-captioned matter.

Respectfully submitted,

 /s/Charlene A. Barker Gedeus
Charlene A. Barker Gedeus (PA ID #317896)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700 (telephone)
(215) 665-8760 (facsimile)
charlene.gedeus@bipc.com
*Attorney for Defendant,*
*The Children's Hospital of Philadelphia*

Date:  August 17, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2023, I filed and served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF filing system upon the following:

David Dessen, Esquire
Dessen Moses & Rossito
600 Easton Road
Willow Grove, PA 19090
*Attorney for Plaintiff*

Neil J. Hamburg, Esquire
Scott M. Lempert, Esquire
Hamburg Law Group, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
*Attorneys for Defendant*

                                                           /s/Charlene A. Barker Gedeus
                                                   Charlene A. Barker Gedeus (PA ID #317896)
                                                   **BUCHANAN INGERSOLL & ROONEY PC**
                                                   Two Liberty Place
                                                   50 S. 16th Street, Suite 3200
                                                   Philadelphia, PA 19102
                                                   (215) 665-8700 (telephone)
                                                   (215) 665-8760 (facsimile)
                                                   charlene.gedeus@bipc.com
                                                   *Attorney for Defendant,*
Date: August 17, 2023                      *The Children's Hospital of Philadelphia*