IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD GLOVER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 23-cv-00463-JHS |
| | : | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Michael E. Truncellito on behalf of Defendant, The Children's Hospital of Philadelphia, in the above-captioned matter.

                      Respectfully submitted,

                      /s/Michael E. Truncellito
                      Michael E. Truncellito, Esq. (Pa. ID No. 309430)
                      **BUCHANAN INGERSOLL & ROONEY PC**
                      Two Liberty Place
                      50 S. 16th Street, Suite 3200
                      Philadelphia, PA 19102
                      (215) 665-8700 (telephone)
                      (215) 665-8760 (facsimile)
                      michael.truncellito@bipc.com
                      *Attorney for Defendant,*
                      *The Children's Hospital of Philadelphia*

Date:  August 17, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2023, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system:

David Dessen, Esquire
Dessen Moses & Rossito
600 Easton Road
Willow Grove, PA 19090
*Attorney for Plaintiff*

Neil J. Hamburg, Esquire
Scott M. Lempert, Esquire
Hamburg Law Group, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
*Attorneys for Defendant*

/s/ Michael E. Truncellito
Michael E. Truncellito, Esq. (Pa. ID No. 309430)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700 (telephone)
(215) 665-8760 (facsimile)
michael.truncellito@bipc.com
*Attorney for Defendant,*
*The Children's Hospital of Philadelphia*

Date: August 17, 2023