# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD GLOVER,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 23-cv-00463-JHS |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Joseph J. Centeno on behalf of Defendant, The Children's Hospital of Philadelphia, in the above-captioned matter.

Respectfully submitted,

 /s/Joseph J. Centeno
Joseph J. Centeno, Esq. (Pa. ID No. 70902)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-5301 (telephone)
(215) 665-8760 (facsimile)
joseph.centeno@bipc.com
*Attorney for Defendant,*
*The Children's Hospital of Philadelphia*

Date:  September 27, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2023, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system:

David Dessen, Esquire
Dessen Moses & Rossito
600 Easton Road
Willow Grove, PA 19090
*Attorney for Plaintiff*

Date: September 27, 2023

/s/ *Joseph J. Centeno*
Joseph J. Centeno, Esq. (Pa. ID No. 70902)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-5301 (telephone)
(215) 665-8760 (facsimile)
joseph.centeno@bipc.com
*Attorney for Defendant,*
*The Children's Hospital of Philadelphia*