IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD GLOVER,

        Plaintiff,

v.

THE CHILDREN'S HOSPITAL OF PHILADELPHIA,

        Defendant.

CIVIL ACTION
NO. 23-0463

## ORDER

**AND NOW**, this 25th day of January 2024, upon consideration of Defendant's Motion to Dismiss the Complaint (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 9), Defendant's Reply (Doc. No. 10), the arguments of counsel at the hearing held on July 6, 2023 (Doc. No. 25), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 8) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.