IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD GLOVER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 23-cv-00463-JHS |
| | : | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Jared L. Pickell on behalf of Defendant, The Children's Hospital of Philadelphia, in the above-captioned matter.

Respectfully submitted,

 */s/ Jared L. Pickell*
Jared L. Pickell, Esq. (Pa. ID No. 316796)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-5325 (telephone)
(215) 665-8760 (facsimile)
jared.pickell@bipc.com
*Attorney for Defendant,*
*The Children's Hospital of Philadelphia*

Date:  January 25, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2024, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system:

>David Dessen, Esquire
>Dessen Moses & Rossito
>600 Easton Road
>Willow Grove, PA 19090
>*Attorney for Plaintiff*

Date:  January 25, 2024

>  /s/ *Jared L. Pickell*
>Jared L. Pickell, Esq. (Pa. ID No. 316796)
>**BUCHANAN INGERSOLL & ROONEY PC**
>Two Liberty Place
>50 S. 16th Street, Suite 3200
>Philadelphia, PA 19102
>(215) 665-5325 (telephone)
>(215) 665-8760 (facsimile)
>jared.pickell@bipc.com
>*Attorney for Defendant,*
>*The Children's Hospital of Philadelphia*