IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD GLOVER,<br><br>        Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL OF PHILADELPHIA,<br><br>        Defendant. | CIVIL ACTION<br>NO. 23-0463 |

## ORDER

**AND NOW**, this 29th day of May 2025, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 48), Plaintiff's Response in Opposition (Doc. No. 49), Defendant's Reply (Doc. No. 51), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 48) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.